1   William A. Isaacson (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
2   5301 Wisconsin Ave. NW, Suite 800
    Washington, D.C.  20015
3   Telephone:  (202) 237-2727
    Facsimile:   (202) 237-6131
4   Email:  wisaacson@bsfllp.com

5   Philip J. Iovieno (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
6   10 North Pearl Street, 4th Floor
    Albany, NY  12207
7   Telephone:  (518) 434-0600
    Facsimile:   (518) 434-0665
8   Email: piovieno@bsfllp.com

9   Counsel for Plaintiffs
    Electrograph Systems, Inc. and Electrograph Technologies Corp.
10
    [Additional counsel listed on signature page]
11

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13                 **SAN FRANCISCO DIVISION**

14
    In re: TFT-LCD (FLAT PANEL)          | Case No. 3:11-cv-03342-SI (N.D. Cal.)
15  ANTITRUST LITIGATION
                                          | Master File No. 3:07-md-01827-SI (N.D. Cal.)
16  This Document Relates To Individual Case No.
    3:11-cv-03342-SI (N.D. Cal.)         | MDL No. 1827
17
                                          **STIPULATION AND [~~PROPOSED~~]**
18  ELECTROGRAPH SYSTEMS, INC.;           **ORDER EXTENDING BRIEFING**
    ELECTROGRAPH TECHNOLOGIES             **SCHEDULE ON NEC'S MOTION TO**
19  CORP.,                                **DISMISS ELECTROGRAPH'S**
                                          **COMPLAINT**
20          Plaintiffs,

21      vs.

22  NEC CORPORATION;
    NEC CORPORATION OF AMERICA;
23  NEC DISPLAY SOLUTIONS OF
    AMERICA, INC.;
24  NEC ELECTRONICS AMERICA, INC.;
    NEC LCD TECHNOLOGIES, LTD.,
25
            Defendants.
26

27

28

1   Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. and Defendants

2   NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC

3   Electronics America, Inc., and NEC LCD Technologies, Ltd., through the undersigned counsel,

4   request that the Court enter the following order to (1) extend Plaintiffs' time to oppose

5   Defendants' Motion to Dismiss to September 27, 2011; and (2) extend Defendants' time to file a

6   reply in support of its Motion to Dismiss to October 11, 2011.

7   WHEREAS Defendants filed a motion to dismiss the complaint in this action on

8   September 6, 2011 (Dkt #18) (the "Motion");

9   WHEREAS the parties agree that Plaintiffs may have until September 27, 2011 to file its

10   opposition to the Motion;

11   WHEREAS the parties further agree that Defendants may have until October 11, 2011 to

12   submit its reply to such opposition

13   THEREFORE, Plaintiffs, by its counsel, and Defendants, by the undersigned counsel,

14   stipulate and agree as follows:

15   1.   Plaintiff shall oppose the Motion by September 27, 2011.

16   2.   Defendant shall submit its reply by October 11, 2011.

17   3.   The Motion shall be heard on October 28, 2011.

18   **IT IS SO STIPULATED.**

19

20   DATED:  September 15, 2011          _____/s/ William A. Isaacson_____
         William A. Isaacson (admitted *pro hac vice*)
         BOIES, SCHILLER & FLEXNER LLP
21       5301 Wisconsin Ave. NW, Suite 800
         Washington, D.C.  20015
22       Telephone:  (202) 237-2727
         Facsimile:   (202) 237-6131
23       Email:  wisaacson@bsfllp.com

24       Philip J. Iovieno (admitted *pro hac vice*)
         Anne M. Nardacci (admitted *pro hac vice*)
25       Luke Nikas (admitted *pro hac vice*)
         Christopher V. Fenlon (admitted *pro hac vice*)
26       BOIES, SCHILLER & FLEXNER LLP
         10 North Pearl Street, 4th Floor
27       Albany, NY  12207
         Telephone:  (518) 434-0600
28       Facsimile:  (518) 434-0665

1           Email:  piovieno@bsfllp.com

2                 anardacci@bsfllp.com
                  lnikas@bsfllp.com

3                 cfenlon@bsfllp.com

4           Laura J. McKay (SBN 230049)
            BOIES, SCHILLER & FLEXNER LLP

5           1999 Harrison Street, Suite 900
            Oakland, CA 94612

6           Telephone:  (510) 874-1000
            Facsimile:   (510) 874-1460

7           Email:  lmckay@bsfllp.com

8           *Counsel for Plaintiff Electrograph Systems, Inc. and*
            *Electrograph Technologies Corp.*

9

10                  /s/ George D. Niespolo

11          GEORGE D. NIESPOLO (SBN 72107)
            STEPHEN H. SUTRO (SBN 172168)

12          JENNIFER BRIGGS FISHER (SBN 241321)
            DUANE MORRIS LLP

13          One Market, Spear Tower, Suite 2200
            San Francisco, CA 94105-1104

14          Telephone: 415.957.3000
            Facsimile: 415.957.3001

15          E-Mail: gdniespolo@duanemorris.com

16                shsutro@duanemorris.com
                  jbfisher@duanemorris.com

17

18          *Attorneys for Defendants NEC CORPORATION,*
            *NEC LCD TECHNOLOGIES, LTD.,*

19          *NEC ELECTRONICS AMERICA, INC.,*
            *NEC CORPORATION OF AMERICA, INC., and*

20          *NEC DISPLAY SOLUTIONS OF AMERICA, INC.*

21        Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of

22  this document has been obtained from stipulating defendants.

23           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25

26  DATED:  ___9/15/11_____

27          Hon. Susan Y. Illston
            United States District Judge

28