GEORGE D. NIESPOLO (SBN 72107)
STEPHEN H. SUTRO (SBN 172168)
JENNIFER BRIGGS FISHER (SBN 241321)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   gdniespolo@duanemorris.com
          shsutro@duanemorris.com
          jbfisher@duanemorris.com

Attorneys for Defendants
NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION OF AMERICA, INC., and NEC DISPLAY SOLUTIONS OF AMERICA, INC.

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No.: M 07-1827 SI<br>MDL No. 1827<br><br>Case No. 3:11-cv-03342 SI |
| This Document Relates to Individual Case No. 3:11-cv-03342 SI<br><br>ELECTROGRAPH SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NEC CORPORATION, et al.,<br><br>    Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON NEC'S MOTION TO DISMISS ELECTROGRAPH'S COMPLAINT** |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. and Defendants NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC LCD Technologies, Ltd., through their undersigned counsel, request that the Court enter the following order to (1) extend the Defendants' time to file a reply in support of its Motion to Dismiss to October 18, 2011 and (2) extend the hearing date on the Motion to Dismiss to November 18, 2011.

WHEREAS Defendants filed a motion to dismiss the complaint in this action on September 6, 2011 (the "Motion");

WHEREAS Plaintiffs filed its opposition to the Motion on September 27, 2011;

WHEREAS the parties agree that Defendants may have until October 18, 2011 to submit their reply to such opposition.

THEREFORE, Plaintiffs, by its counsel, and Defendants, by the undersigned counsel, stipulate and agree as follows:

1. Defendant shall submit their reply by October 18, 2011.

2. The Motion shall be heard on November 18, 2011.

**IT IS SO STIPULATED.**

DATED: October 11, 2011            /s/ William A. Isaacson
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
          anardacci@bsfllp.com
          lnikas@bsfllp.com
          cfenlon@bsfllp.com

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: lmckay@bsfllp.com

*Counsel for Plaintiff Electrograph Systems, Inc. and Electrograph Technologies Corp.*

      /s/ George D. Niespolo
GEORGE D. NIESPOLO (SBN 72107)
STEPHEN H. SUTRO (SBN 172168)
JENNIFER BRIGGS FISHER (SBN 241321)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: gdniespolo@duanemorris.com
      shsutro@duanemorris.com
      jbfisher@duanemorris.com

*Attorneys for Defendants NEC CORPORATION, NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION OF AMERICA, INC., and NEC DISPLAY SOLUTIONS OF AMERICA, INC.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___10/12/11___   _____
                               Hon. Susan Y. Illston
                               United States District Judge